IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KADIJAH LEACH,**<br>          **Plaintiff,**<br><br>              v.<br><br>**PHELAN HALLINAN DIAMOND AND JONES, LLP, WELLS FARGO HOME MORTGAGE AND DELAWARE COUNTY SHERIFF OFFICE OF PENNSYLVANIA,**<br>          **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  19-3183** |

## ORDER

**AND NOW**, this 15th day of April, 2020, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 11) and Defendant Delaware County Sheriff Office's Response in Opposition (ECF No. 14), **IT IS ORDERED** that Plaintiff's Motion is **DENIED**.  It is further **ORDERED** that ECF No. 16 (dismissing Defendant Phelan, Hallinan, Diamond, and Jones and Defendant Delaware County Sheriff's Office with prejudice) is **RESCINDED**.  Plaintiff is granted an extension to effectuate proper service of the Amended Complaint on Defendant Phelan, Hallinan, Diamond, and Jones by **June 15, 2020**.

Upon consideration of Defendant Wells Fargo Home Mortgage's Motion to Dismiss, (ECF No. 9), Plaintiff's Response in Opposition (ECF No. 12), and Defendant's Reply in Support (ECF No. 17), Defendant's motion is **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** as to Defendant Wells Fargo.

Upon consideration of Defendant Delaware County Sheriff's Office Motion to Dismiss (ECF No. 15), the Motion is **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** as to Defendant Delaware County Sheriff Office.

**BY THE COURT:**

/S/WENDY BEETLESTONE, J.

**WENDY BEETLESTONE, J.**